**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| YAZMIN GUTIERREZ | : |
|  | : |
| Plaintiff, | : |
|  | : Case No. 2:24-cv-09173 |
| v. | : |
|  | : |
| LORENZO FOOD GROUP, INC., JOSEPH G. LORENZO, JOHN LORENZO, ELDER HERRERA, ELIZABETH LISSMAN, and MARIA VARGAS | : PROPOSED MOTION DAY: |
|  | : FEBRUARY 18, 2025 |
|  | : |
|  | : |
| Defendants. | : |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

Defendants Lorenzo Food Group, Inc. ("Lorenzo Food"), Joseph G. Lorenzo, John Lorenzo, Elder Herrera,[1] Elizabeth Lissman, and Maria Vargas (collectively "Defendants"), by and through counsel, hereby move to dismiss Plaintiff's Amended Complaint as to each of the individually named Defendants. Defendants rely upon the attached Memorandum of Law and Proposed Order filed hereto in support of the same.

Respectfully submitted,

**GORDON REES SCULLY**
**MANSUKHANI LLP**

BY: *s/ Alexander Nemiroff*
  Alexander Nemiroff [037961998]
  Three Logan Square
  1717 Arch Street, Suite 610
  Philadelphia, Pennsylvania 19103
  T: +267.602.2040
  F: +215.693.6650
  anemiroff@grsm.com

  *Attorneys for Defendants*

Date:  January 17, 2025

---

[1] Plaintiff incorrectly identified Elder Maldonado as Elder "Herrera" in her Amended Complaint.