## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAZMIN GUTIERREZ | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Case No. 2:24-cv-09173 |
| LORENZO FOOD GROUP, INC., JOSEPH G. | : |
| LORENZO, JOHN LORENZO, ELDER HERRERA, | : |
| ELIZABETH LISSMAN, and MARIA VARGAS | : |
| | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, ALEXANDER NEMIROFF, hereby certify that on January 17, 2025, Defendants' Motion to Dismiss Plaintiff's Amended Complaint, Memorandum of Law in support of the same, and Proposed Order were electronically filed and served on all counsel of record via ECF.


/s/ *Alexander Nemiroff*

ALEXANDER NEMIROFF