# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAZMIN GUTIERREZ | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Case No. 2:24-cv-09173 |
| LORENZO FOOD GROUP, INC., JOSEPH G. LORENZO, JOHN LORENZO, ELDER HERRERA, ELIZABETH LISSMAN, and MARIA VARGAS | : |
| | : |
| Defendants. | : |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

AND NOW, on this _____ day of _____, 2025, after consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, and any opposition thereto, and for good cause shown, it is ORDERED that:

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Counts One through Six) as to each of the individually named Defendants is GRANTED; and

2. Plaintiff's Amended Complaint is hereby dismissed WITH PREJUDICE as to Defendants Joseph G. Lorenzo, John Lorenzo, Elder Herrera, Elizabeth Lissman, and Maria Vargas.

_____
, U.S.D.J.